UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNISHA FORREST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-00080 |
| | ) | |
| v. | ) | Hon. Philip P. Simon |
| | ) | |
| NATIONAL CREDIT SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Unisha Forrest, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, National Credit Systems, Inc., with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  An answer has not been filed.

Dated: 5/7/2015                           By: /s/ David B. Levin
                                                    Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Licensed to Practice in the Northern District of Indiana
Jason Allen Law LLC
79 W. Monroe Street
5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on 5/7/2015, a copy of the foregoing Notice of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                        /s/ David B. Levin
                                                        Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Licensed to Practice in the Northern District of Indiana
Jason Allen Law LLC
79 W. Monroe Street
5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com